UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENZO SCIROCCO,                    :
                                      :
     Plaintiff,                       :
                                      :
v.                                    :    CASE NO. 3:10-CV-871(RNC)
                                      :
GENERAL ELECTRIC CO.,                 :
                                      :
     Defendant.                       :

ORDER

The parties' Amended Joint Motion for Entry of Stipulated

Protective Order (doc. #30) is granted with the following

clarifications.

In order to have any part(s) of a document filed under seal,

a party must (1) file a public version of the document that does

not contain the part(s) in question and (2) make a motion in

accordance with District of Connecticut Local Civil Rule 5 that

specifies the part(s) to be kept under seal and, with respect to

each part, makes a particularized showing of good cause for

departing from the strong presumption against sealing.  See

Hartford Courant Co. v. Pellegrino, 380 F.3d 83, 95-96 (2d Cir.

2004) (judicial records may be sealed only when and to the extent

necessary to preserve higher values).  This requires a careful

review of each part of a document a party wishes to file under

seal to ensure that the requested sealing order is no broader

than necessary.  See United States v. Amodeo, 71 F.3d 1044, 1050-

51 (2d Cir. 1995).  Agreement of the parties to a proposed

sealing order is not a sufficient basis for granting such an

order.

Moreover, the court's assent to the parties' request for a

protective order to govern the disclosure and use of assertedly

confidential information does not mean that courtroom proceedings

will be closed to members of the public.  Courtroom proceedings

are presumptively open to the public, and no closure order will

be entered in this case except on a specific written request of a

party supported by a showing of sufficient cause.

SO ORDERED at Hartford, Connecticut this 20th day of May,

2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge